1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney

5

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5056
       FAX: (408) 535-5066
       Email: Susan.Knight@usdoj.gov
8
   Attorneys for United States of America

9

10

11

12

13  UNITED STATES OF AMERICA,

14      Plaintiff,

15      v.

16  JAMAL RASHID,

17      Defendant.

18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses the above Information against Jamal

21  Rashid.

22  DATED:  October 17, 2023

23

24

25

26

27

28

**FILED**

Oct 19 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CASE NO.: CR 15-00482 BLF

NOTICE OF DISMISSAL &  ORDER

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

THOMAS
COLTHURST

Digitally signed by THOMAS
COLTHURST
Date: 2023.10.17 11:48:11
-07'00'

THOMAS A. COLTHURST
Chief, Criminal Division

NOTICE OF DISMISSAL
CR 15-00482 BLF_____                                          v. 8/4/2021

1      Leave is granted to the government to dismiss the Information against Jamal Rashid.

2

3   DATED:  October 18, 2023

                                         HONORABLE BETH LABSON FREEMAN

4                                       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
CR 15-00482 BLF_____

v. 8/4/2021